# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BELLA EDEN MERRIMAN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **JEH C. JOHNSON**, *et al.*, | ) CASE NO. 1:16-cv-04092 |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO ENTER CONSENT JUDGMENT AND STRIKE DEADLINES

On April 6, 2016, Plaintiff Bella Eden Merriman filed her petition for an order amending and correcting the certificate of naturalization issued by the court to reflect the correct date of birth. (ECF No. 1.) On June 20, 2016, the Court granted, (ECF No. 9), the Parties' joint motion for an extension of time, (ECF No. 7), in order for the Parties to attempt to resolve this matter outside of litigation. The Parties have resolved this matter outside of litigation and now move the Court:

1. to enter the attached Consent Judgment, (ECF No. 10-1);
2. to strike the following deadlines:
    a. the August 19, 2016 joint status report deadline;
    b. the August 25, 2016 answer deadline; and
    c. the August 25, 2016 initial status hearing.

//

//

//

//

//

| | |
|---|---|
| Date: August 4, 2016 | Respectfully Submitted, |
| /s/ *Mario A. Godoy* (by email consent)<br>MARIO A. GODOY<br>Godoy Law Office<br>2021 Midwest Rd., Ste. 200<br>Oak Brook, Illinois 60523<br>Tel: (855) 554-6369<br>Email: mario@godoylawoffice.com<br><br>*Counsel for Petitioner* | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>HANS H. CHEN<br>Senior Litigation Counsel<br><br>/s/ *D. H. Riedel*<br>DURWOOD "DERRY" H. RIEDEL<br>Trial Attorney<br>District Court Section<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-3074<br>Facsimile: (202) 305-7000<br>durwood.h.riedel@usdoj.gov<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned trial attorney hereby certifies that the joint motion and attachments were served on August 4, 2016, in accordance with Federal Rule of Civil Procedure 5, Local Rule 5.5, and the general Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

*/s/ Durwood H. Riedel*
DURWOOD H. RIEDEL
Trial Attorney